DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

AMY FRANCES PESCHEL,

Appellant,

v.

JAY GRANGER,

Appellee.

No. 2D20-2535

_____

September 17, 2021

Appeal from the Circuit Court for Hillsborough County; Wesley
Tibbals, Judge.

Mark A. Neumaier, Tampa, for Appellant.

LeesaAnn N. Dodds, Tampa for Appellee.


PER CURIAM.


    Affirmed.


MORRIS, C.J., and SLEET and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.